JEAN DZIEDZIC, *ET AL.*, PLAINTIFFS - PETITIONERS, v. SAINT JOHN'S CLEANERS AND SHIRT LAUNDERERS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS, v. IVAN WINGER, *ET AL.*, DEFENDANTS.

See same case below: 99 *N. J. Super.* 565.

*Messrs. Schwartz, Horowitz & Krivitsky* and *Mr. Frank Lerner,* for the petitioners.

*Mr. William J. Murray* for the respondents.

May 28, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GLEN KOEDDING AND JOSEPH BOGDANSKI, DEFEND-ANTS - PETITIONERS.

*Messrs. Toolan, Romond & Burgess* for the petitioners.

*Mr. Michael R. Imbriani* and *Mr. Robert N. Golden,* for the respondent.

May 28, 1968. Denied.

IN THE MATTER OF THE ESTATE OF FLORENCE KOROL, A/K/A FLORA KOROL, A/K/A FLORENCE SHADES, DECEASED.

*Mr. Richard J. Tarrant* for the petitioner.

*Mr. Jesse Moskowitz* for the respondent.

May 28, 1968. Denied.